# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| LOUIS JAMES TOTH, ET AL | : | DOCKET NO. 06-cv-0998 |
| VS. | : | JUDGE TRIMBLE |
| CALCASIEU PARISH, ET AL | : | MAGISTRATE JUDGE KAY |

## REPORT AND RECOMMENDATION

Plaintiffs' lawsuit alleges, *inter alia*, misconduct on the part of various Calcasieu Parish authorities at or near the time of Hurricane Rita. [Doc. 1]. Plaintiffs name as defendants Calcasieu Parish, Sheriffs Department Calcasieu Parish, Harrahs Entertainment Inc., Jason Comeaux, Unknown Harrahs Casino Security Officers, Tony Mancuso, Lt. David T. Snider, Sgt. Donald Synder, Sgt. Todd Ory, Sgt. Gene Pittman, Deputy Connor McLaughlin, Unknown Deputy Sheriffs, Unknown Officers, Unknown Employees, Harrahs Casino, Harrahs Lake Charles LLC, Harrahs Star Partnership, Players Riverboat II LLC, and Players Riverboat Management LLC. *Id*. Service of process has not been effected on several of these defendants.

At a status conference held May 15, 2008, the parties were informed that in thirty days' time the undersigned would recommend dismissal of this cause of action as to any remaining unserved or fictitious defendants. At a subsequent conference held June 20, 2008, it was determined that no action had been taken to further identify or serve these defendants.

Accordingly,

**IT IS RECOMMENDED** that the above-referenced cause of action be DISMISSED without prejudice as to Defendants Calcasieu Parish, Sheriffs Department Calcasieu Parish, Harrahs Entertainment Inc., Unknown Harrahs Casino Security Officers, Unknown Deputy Sheriffs, Unknown Officers, Unknown Employees, and Harrahs Casino.

Under the provisions of 28 U.S.C. § 636(b)(1)(C) the parties have ten (10) business days from receipt of this Report and Recommendation to file any objections with the Clerk of Court. Timely objections will be considered by the district judge prior to a final ruling.

**FAILURE TO FILE WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS AND RECOMMENDATIONS CONTAINED IN THIS REPORT WITHIN TEN (10) BUSINESS DAYS FROM THE DATE OF SERVICE SHALL BAR AN AGGRIEVED PARTY FROM ATTACKING ON APPEAL, EXCEPT UPON GROUNDS OF PLAIN ERROR, THE UNOBJECTED-TO PROPOSED FACTUAL FINDINGS AND LEGAL CONCLUSIONS ACCEPTED BY THE DISTRICT COURT.**

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 30th day of June, 2008.

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE