U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

DEC 1 2 2008

ROBERT H. SHAMWELL, CLERK
BY _____
              DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **LOUIS JAMES TOTH, ET AL** | : | **DOCKET NO. 06-cv-0998** |
| **VS.** | : | **JUDGE TRIMBLE** |
| **CALCASIEU PARISH, ET AL** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT OF DISMISSAL

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein, these findings and conclusions are accepted. In the alternative, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly,

IT IS ORDERED that the above-referenced cause of action be DISMISSED without prejudice as to Defendants Calcasieu Parish, Sheriffs Department Calcasieu Parish, Harrahs Entertainment Inc., Unknown Harrahs Casino Security Officers, Unknown Deputy Sheriffs, Unknown Officers, Unknown Employees, and Harrahs Casino.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 12th day of December, 2008.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE